TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiffs,
Sandra and Cornell Williamson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Sandra and Cornell Williamson,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Sentry Credit Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:15-CV-00327-MJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE **PURSUANT TO RULE 41(a)**

Sandra and Cornell Williamson ("Plaintiffs"), by Plaintiff's attorney, hereby withdraw the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: */s/ Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiffs, Sandra and Cornell Williamson

IT IS SO ORDERED.

Dated:   April 24, 2015             /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE